William M. Audet (CA117456)
AUDET & PARTNERS, LLP
221 Main Street Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

MICHAEL E. SCMIDT
THE SCHMIDT FIRM
2911 Turtle Creek Blvd, Suite 1400
Dallas, TX 75219
Telephone: (214) 521-4898
Facsimile: (214) 521-9995

Attorneys for Plaintiffs, Kenneth Pugh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-03282-CRB<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| KENNETH PUGH,<br><br>                              Plaintiffs,<br><br>                vs.<br><br>Pfizer Inc., et al.<br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, KENNETH PUGH, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

fees and costs.

-1-

1    DATED: November 9, 2009        AUDET & PARTNERS, LLP

2

3                                   By:_____
4                                        Counsel's Name
                                         Attorneys for Plaintiff, Kenneth Pugh
5
      DATED: November 9, 2009        THE SCHMIDT FIRM
6

7

8

9                                   By:_____
                                         Counsel's Name
10                                       Attorneys for Plaintiff, Kenneth Pugh

11    DATED: Dec. 22, 2009           DLA PIPER LLP (US)

12
                                    By:_____
13                                       Michelle W. Sadowsky
14                                       Attorneys for Defendants

15

16

17    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
      IT IS SO ORDERED.**
18

19    Dated: JAN - 4 2010

20                                   Hon. Charles R. Breyer
                                     United States District Court
21

22

23

24

25

26

27

28

                                        -2-

      **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Error! Unknown document property name.